UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAREM KURBEGOVICH, | No. 2:15-cv-0876 GGH P |
| Petitioner, | |
| v. | ORDER |
| UNKNOWN, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis. In his application, petitioner states that his "sentence has been extralegally extended from 7-life to 77-life, due to 'Patriot Act.'" Yet he also claims that he has been "held incommunicado for all mail," and is unable to communicate with attorneys. He states that he has "no way of determining whether his numerous letters to Sacramento attorneys is stol[]en here or in Sacramento." (ECF No. 1 at 4-5 .) Similar claims were previously raised by petitioner in a habeas corpus petition filed in the Fresno Division of the Eastern District. See Kurbegovich v. Unknown Politicians, No. 1:14-cv-1202 LJO SKO HC. (ECF No. 1 at 56-57.) Petitioner appears to challenge the conditions of his confinement, and petitioner is incarcerated at Corcoran State Prison in Kings County which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

1

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court. This court will not rule on petitioner's request to proceed in forma pauperis.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This court has not ruled on petitioner's request to proceed in forma pauperis;

2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

>United States District Court
>Eastern District of California
>2500 Tulare Street
>Fresno, CA 93721

Dated: May 11, 2015

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/md; kurb0876.109